FILED

JUL 29 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AXOS BANK, a federally chartered savings and loan association,<br><br>  Plaintiff-Appellant,<br><br>v.<br><br>ELLEN F. ROSENBLUM, in her official capacity as the Attorney General of the State of Oregon,<br><br>  Defendant-Appellee,<br><br> and<br><br>STATE OF OREGON,<br><br>  Defendant. | No.   20-36128<br><br>D.C. No. 3:20-cv-01712-HZ<br>District of Oregon,<br>Portland<br><br><br>ORDER |

Pursuant to the stipulation of the parties (docket entry no. 14), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). As stated in the stipulated motion, each side shall bear its own costs and fees on appeal. A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By:  Lynn Warton
Deputy Clerk

7/29/21